UNITED STATES DISTRICT COURT

For the Southern District of Florida

Jennifer Marie Janiver

Plaintiff

Steven G Buchbinder, [The law firm of Steven G Buchbinder]; Arthur Jones, [The law Firm of Arthur Jones] Christine Kim/ Suki Walsh; SW Global Inc., Manino Pizza

Defendants:

## CIVIL RICO COMPLAINT

Jury Trial Demanded

### I. NATURE OF ACTION

This is a civil action brought under the Racketeer Influenced and Corrupt Organizations Act (RICO), Title 18 of the United States Code, §§ 1961–1968. Plaintiff alleges that Defendants engaged in a pattern of racketeering activity through mail and wire fraud, extortion, witness retaliation, and obstruction of justice, among other predicate acts.

### II. PARTIES

- Plaintiff: Jennifer Marie Janiver 57 Maple Ave, Shirley NY 11967
- Defendants:
    - Defendant 1: Steven G Buchbinder lawyer for Christine Kim (landlord) SW Global Inc. landlord company, Suki Walsh, Landlord Partner Manino Pizza Long time tenant
    - Defendant 2: Arthur Jones Plaintiff former lawyer
    - Defendant 3: Christine Kim / Suki Walsh
    - Defendant 4: SW Global
    - Defendant 5: Mannino Pizza
    - Defendant 6: Defendant Doe

### III. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1964(c), as the case arises under federal law. Venue is proper in this district under 28 U.S.C. § 1391 because events giving rise to this claim occurred in this district.

### IV. ENTERPRISE ALLEGATIONS

Defendants operated as an informal but organized enterprise engaging in repeated, coordinated misconduct with a shared criminal purpose. The enterprise's activities affected interstate commerce and included property theft, judicial fraud, retaliatory evictions.

## V. PATTERN OF RACKETEERING ACTIVITY

Plaintiff alleges at least two predicate acts within a 10-year period, including but not limited to:

- Wire fraud via false court filings and communications
- Mail fraud in service of unlawful property transfers
- Extortion through threats, harassment, and coercion
- Witness retaliation and suppression of legal recourse Supporting Exhibits A–F detail these acts chronologically.

## VI. DAMAGES

As a direct and proximate result of Defendants' racketeering activities, Plaintiff suffered economic losses, emotional harm, reputational damage, and deprivation of constitutional rights. Relief sought includes:

- Treble damages under § 1964(c)
- Injunctive relief to prevent continued harm
- Attorneys' fees and costs
- Any additional remedies the Court deems just

## VII. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

1. Enter judgment in Plaintiff's favor against all Defendants
2. Award compensatory and treble damages
3. Order injunctive relief
4. Grant any further relief deemed appropriate

Respectfully submitted,

July 30 2025

Jennifer Marie Janiver    Pro Se

Jennifer Marie Janvier
57 Maple Ave
Shirley NY 11967

To

U.S. District Court of Clerk
299 E Broward Blvd.
Fort Lauderdale, FL 33301

**UPS Worldwide Express**
**UPS 2nd Day Air®**

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for containing sensitive personal information or cash equivalent.

Apply shipping documents on this side.

Do not use this envelope for:

- UPS Ground®
- UPS Standard®
- UPS 3 Day Select®
- UPS Worldwide Expedited®

Visit **theupsstore.com** to learn more about our Print & Business Services.

REF #2: AZ

BILLING: P/P
SIGNATURE REQUIRED

TRACKING #: 1Z 888 73E 19 2590 0678

UPS 2ND DAY AIR A.M.   2A

FL 333 0-02

FORT LAUDERDALE FL 33301-1944

SHIP TO:
LLS DISTRICT COUNTY CLERK
299 E BROWARD BLVD

JANNIFER MARIE JANIVER
(954) 646-4967
THE UPS STORE #6061
UNIT 32
999 MONTAUK HWY
SHIRLEY NY 11967-2155

SHP WT: 0.2 LBS LTR
DATE: 04 AUG 2025

Serving you for more than 100 years.
United Parcel Service.



International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.



**Express Envelope**

THE UPS STORE
theupsstore.com · theupsstorefranchise.com

US DISTRICT COUNTY CLERK
299 E BROWARD BLVD
FORT LAUDERDALE FL 33301

P:BLUE  S:RIGHT  I:045
45-1538
1Z8R879E192590 0678    1030
9AT08485 XLE 01-1 Aug 6 06:00:05 2025
US 3331 HIRPS-25.3.2.SATOLR